

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00197-CR

| | | |
|---|---|---|
| CHAD ALAN CAPPIELLO, Appellant | § | On Appeal from 213th District Court |
| | § | of Tarrant County (1554954D) |
| V. | § | May 5, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's judgment as to the theft-from-elderly-persons count (Count One). We reverse the trial court's judgment on the misapplication-of-fiduciary-property count (Count Two) and render a judgment of acquittal on that count, and we reverse the trial court's judgment as to

the second theft conviction (Count Three) and render a judgment of acquittal on that count.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell                   
        Justice Wade Birdwell
